IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | CIVIL NO. 22-cv-3110 |
| ) | |
| BRANDON W. DALTON and MISTI S.    ) | |
| DALTON,    ) | |
| ) | |
| Defendants.    ) | |

### UNITED STATES MARSHAL'S REPORT OF SALE

    I, Brendan O. Heffner, United States Marshal for the Central District of Illinois, respectfully report that none of the Defendants in this cause having paid the amount due as required by the Decree and Order Directing Foreclosure and Sale entered herein on July 19, 2023, within the time limited by such Decree, I duly advertised for sale at public vendue to the highest and best bidder inside the DeWitt County Courthouse, inside the main entrance, in Clinton, DeWitt County, Illinois, on the 18th day of January 2024, at the hour of 11:00 A M., by causing a Notice thereof, containing the title of said cause, the names of the parties hereto, the name of the Court in which said cause was pending, a description of the premises sought to be sold, and a statement of the time, place and terms of sale to be published once each week for four (4) consecutive weeks in *The Clinton Journal*, a secular newspaper of general circulation printed and published in the City of Clinton, Illinois, which newspaper has been regularly published in said City for more than six (6) months continuously and immediately prior to the first publication of said Notice, the first publication of said Notice was on December 15, 2023 and the last publication on January 5, 2024, all of which appears from the Certificate of the Publisher (R.25).

    1.   The United States of America, acting through Rural Housing Service, formerly Farmer's Home Administration, United States Department of Agriculture, having bid therefore the sum of $47,000.00 and the said bid being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid.

2. Said purchaser paid the above referenced sum in full.

3. The undersigned has executed and delivered to the purchaser a Certificate of Purchase for the purchaser to record in the Office of the Recorder of Deeds of said county, the original or a duplicate original of said certificate.

4. The total amount of indebtedness secured by the mortgage foreclosed herein and the Judgment of Foreclosure entered herein and the deficiency, if any, are computed as follows:

Amount found due pursuant to the July 19, 2023 Judgment:

| | |
|---|---:|
| Unpaid balance of principal | $ 101,831.29 |
| Accrued interest through May 11, 2023 | 52,938.43 |
| Late Charges | 74.60 |
| Interest on Fees | 10,166.48 |
| Fees Assessed*(see breakdown below) | 41,346.59 |
| *Title Search ($350.00) and Negative Escrow ($40,996.59) | - |
| Total amount due plaintiff as of May 11, 2023 exclusive of foreclosure costs | $ 206,357.39 |

Costs of Sale:

| | |
|---|---:|
| Marshal's commission (3% of 1st $1,000 & 1 ½ % of remaining bid balance) | $    - |
| Marshal's Fee for U.S.M. Sale | 162.50 |
| Marshal's Mileage for U.S.M. Sale | 109.88 |
| Marshall's Document Prep Fee | 60.00 |
| U.S. Attorney's Docket Fee | 400.00 |
| Recording Notice of Foreclose | 71.00 |
| Marshal's Fee for U.S.M. (Process Service) | 130.00 |
| Marshal's Mileage for U.S.M. (Process Serv.) | 35.00 |
| Publication Costs for Notice of Publication | 1,633.50 |
| Publication Costs for Notice of USM Sale | 1,224.00 |
| TOTAL | $ 3,825.88 |

|  |  |
|---|---|
| Total amount of indebtedness | $ 210,183.27 |
| Amount of bid at sale | $ 47,000.00 |
| Amount of deficiency | $ (-$163,183.27) |

5. It is also reported:

   i) A notice required in accordance with 735 ILCS 5/15-1507(c) was given;

   ii) The terms of sale were fair and not unconscionable;

   iii) The sale was conducted fairly and without fraud;

   iv) Justice was done by the sale.

6. The Defendant-Mortgagor, Misti Dalton n/k/a Misti Kenney, still resides at the subject property and has the right to remain in possession of the property located at 503 E. Market Street, Farmer City, Illinois 61842, for 30 days after this Court's confirmation of this Report of Sale, in accordance with Section 15-1701(c) of the Illinois Mortgage Foreclosure Law.

7. That there is no deficiency judgment to be ordered in favor of the Plaintiff.

WITNESS my hand this 12th day of February 2024.

/s/Brendan O. Heffner
BRENDAN O. HEFFNER
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 12th day of February 2024, she electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Central District of Illinois and is a person of such age and discretion as to be competent to serve papers.   That on February 12, 2024, she served a copy of this filing, by placing said copy in an envelope with the proper first-class postage thereon and addressed to the persons hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Urbana, Illinois.

      Addressees:

        Misti Dalton n/k/a        Brandon Dalton
        Misti Kenney        P.O. Box 5011
        503 E. Market Street        Knoxville, TN 37918
        Farmer City, IL 61842        Last known address

      /s/ Kathy Swett
      KATHY SWETT
      Bar No. IL 6316491
      Bar No. CA 278531
      Assistant United States Attorney
      1830 Second Ave., Suite 250
      Rock Island, IL 61201
      E-mail: Kathy.Swett@usdoj.gov